

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-25,761-10

### IN RE ALBERT HERNANDEZ CONTRERAS, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 93-04-05639CRR IN THE 143RD DISTRICT COURT
### FROM REEVES COUNTY

*Per curiam.*

# **O R D E R**

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. Relator contends that he filed applications for writs of habeas corpus in the 143rd District Court of Reeves County, and the District Clerk failed to comply with Rule of Appellate Procedure 73.4(b)(2) and immediately send him any pleadings, objections, motions, affidavits, exhibits, proposed or entered findings of fact and conclusions of law, or other orders that were filed or made part of the record.

Respondent, the District Clerk of Reeves County, is ordered to file a response and state whether she has complied with Rule 73.4(b)(2). Her response shall be submitted within 30 days of the date of this order.

Filed: October 25, 2017
Do not publish